# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**   Christopher Henry Baker

**CC:**   Jamie Goss Dempsey
Cameron C. McCree

**FROM:**   Hillary A. Grupe

**DATE:**   December 14, 2023

**RE:**   23-3255  United States v. Tommy Collier

Your brief in the above-referenced case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X**___   PAGINATION. Arabic numeral pagination begins at the Jurisdictional Statement. All prior sections should be paginated with lower case roman numerals. The cover page should <u>not</u> be paginated.

**X**___   TABLE OF CONTENTS IS MISSING OR INCOMPLETE.  See FRAP 28(a)(2).
-*The Summary of the Argument and Argument are sections of the brief, <u>not</u> subsections of the Statement of the Case. This should be corrected within brief as well.*

**X**___   REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
 **X**___   References to the record in criminal cases must be made to district court docket number and, if a party wishes, to specific page number(s) within the document (R. Doc. _____) OR (R. Doc. _____ , at _____ .)
-*"Doc." is not permitted.*

-*When referencing the transcripts, please be consistent. Footnote 1 indicates the trial transcript will be referenced as "TR"; however, there is a reference to "TT" on pg. 13 of the PDF.*

***\*NOTE\**** *It does not appear the "Suppression Hearing, Defense Exhibit 1" (pg. 15 of the PDF) is electronically available on the district court docket. The exhibit must be sent to this court for docketing. If it is available electronically on the district court docket, it should be referenced to by its R. Doc. number.*

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.